FILED
99 JAN -5 AM 9:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
    Plaintiff,                     )
                                   )
vs.                                )     CV-98-BU-2658-S
                                   )
REBECCA A. TROTT,                  )
                                   )
    Defendant.                     )

ENTERED
JAN 05 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written application of the plaintiff, supported by affidavit, for Judgment of Default in favor of the plaintiff and against the defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The summons and complaint were served upon defendant on November 2, 1998. The defendant has failed to appear, plead, or otherwise defend.

2. The defendant is not an infant or incompetent person, nor has she been in the military service of the United States since the filing of this suit or for a period of six months prior to the filing of this suit.

3. The defendant is indebted to the plaintiff in the principal sum of $2,812.44, costs of $139.50, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and interest of $757.32 through December 16, 1998, and at the rate of 10% until the date of judgment.

4. The plaintiff is due to recover from the defendant the total sum of $3,859.26, plus interest from December 16, 1998 until the time of judgment at the rate of 10% per annum, and interest thereafter at the prevailing legal rate per annum until the judgment is paid in full. A

5

judgment will enter accordingly.

DONE this \_\_\_\_4th\_\_\_\_ day of January, 1999.

_____
H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE